UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |
|---|---|
| BECKY PRATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:11-cv-506-RAS=DDB |
| v. ) | |
| ) | |
| I.C. SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, BECKY PRATT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                Respectfully Submitted,

DATED:  October 12, 2011

                                By:/s/ Michael Agruss
                                Michael S. Agruss
                                Krohn & Moss, Ltd
                                10 N. Dearborn
                                3rd Floor
                                Chicago, IL 60602
                                Tel: 323-988-2400 x235
                                Fax: (866) 620-2956
                                Email: magruss@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted by electronic mail to the following:

Sue Johnson, Director of Legal Affairs
I.C. System, Inc.
444 Highway 96 East
Vadnais Heights MN 55127
651-481-6509
sjohnson@icsystem.com

/s/ Michael Agruss
Michael S. Agruss
Attorney for Plaintiff